UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-00108 |
| | ) | JUDGE TRAUGER |
| **ISAAC DONNELL FULLER** | ) | |

### MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES

Undersigned counsel for Defendant Isaac Fuller respectfully moves this Honorable Court to continue the trial set for September 18th, 2012, and to correspondingly extend deadlines for pre-trial motions, or submission of any possible Plea Agreement. This is the first setting of this case for trial.

In support of this Motion, counsel submits the following:

1. Mr. Fuller was indicted on June 7th, 2012, and had his initial appearance on July 11th, 2012 (Docket Nos. 1, 6). Mr. Fuller was appointed - and represented by - Assistant Federal Public Defender Jude Lenahan (Docket Nos. 6, 9, 11). Following his initial appearance, this Honorable Court entered an Order with the first trial setting, selecting the current trial date of September 18th, 2012 (Docket No. 13). Therefore, this is the first trial setting, and also the first Motion for Continuance by any party.

2. After Mr. Lenahan appeared at the initial appearance with Mr. Fuller, and just one month before the current trial setting, Mr. Lenahan filed a Motion to Withdraw as counsel (Docket No. 14). On August 20th, 2012, this Court granted that Motion and ordered that substitute counsel be appointed (Docket No. 15).

3. Undersigned counsel was contacted by the Criminal Justice Act Panel Administrator and was asked to accept appointment, which counsel agreed to do after

1