# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00108 |
| | ) | Judge Trauger |
| ISAAC DONNELL FULLER | ) | |
| | ) | |

## O R D E R

The court is in receipt of a letter from defendant Isaac Fuller on March 6, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

It is so **ORDERED.**

ENTER this 8th day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge