# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00108 |
| | ) | Judge Trauger |
| ISAAC DONNELL FULLER | ) | |
| | ) | |

## O R D E R

The court is in receipt of a letter from defendant Isaac Fuller on March 21, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant, to the United States Marshal, and to counsel for all parties a copy of both the letter and this Order.

In response to the last letter received by the court from this defendant, the court requested that the United States Marshal look into conditions at the Robertson County Jail, which she did promptly, thoroughly and personally. This new letter requests a transfer to a different facility because of mental health issues. It is hereby **ORDERED** that the defendant's lawyer, William Jordan Steed, III, shall go to Robertson County Jail, visit with his client, and take whatever actions or file whatever motions he considers advisable in connection with the defendant's mental health issues.

It is so **ORDERED.**

ENTER this 21st day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge