IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00108 |
| | ) | Judge Trauger |
| ISAAC DONNELL FULLER | ) | |
| | ) | |

### O R D E R

After extensive *ex parte* discussion with the defendant and defense counsel at a hearing held on May 20, 2013, it is hereby **ORDERED** that defense counsel's Motion to Withdraw (Docket No. 34) is **DENIED**. It is further **ORDERED** that the trial scheduled for May 28, 2013 is **CONTINUED**, and this case is set for a status conference on Monday, June 10, 2013, at 11:30 a.m., which is within the present speedy trial deadline.

It is so **ORDERED.**

ENTER this 20th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge